USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NARRATIVE CAPITAL PARTNERS, LLC,

                Plaintiff,

        -against-

ARTHUR SARKISSIAN, et al.,

                Defendants.

---------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**25-Civ.-4056 (MMG)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Wednesday, January 7, 2026, at 2:00 p.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The Parties must attend in-person with their counsel. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

Eagle Pictures S.p.A. and any other relevant third parties necessary for negotiating a global resolution of Plaintiff's claims, whether or not currently stated in the complaint, are invited to attend the settlement conference. Counsel for the parties shall serve notice of this Order on any such relevant third-parties. Anyone participating in the settlement conference is expected to abide by the Court' s rules regarding confidentiality of settlement discussions.

By **January 5, 2026**, counsel for the parties shall advise the Court by email as to who is attending the conference, including any third parties. To the extent participants wish to bring electronic devices into the court, they must complete and submit a request for permission to bring such devices to the court by **January 5, 2026**.

The parties may, but are not required to, submit ex parte updated settlement conference submissions to the Court's email by no later than **January 5, 2026.**

**SO ORDERED.**

Dated: December 2, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge